**Order entered November 21, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00172-CR

### CHARLES VERNON HAYNES, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-80283-2013**

## ORDER

Appellant's November 18, 2014 motion to amend the due date to allow for the reporter's record to be supplemented is **GRANTED**. The time to file appellant's brief is **EXTENDED** to **THIRTY DAYS** from the date of this order.

/s/    LANA MYERS
        JUSTICE